No. 597. WIGHT ET AL. *v.* MONTANA-DAKOTA UTIL-ITIES Co. C. A. 9th Cir. Certiorari denied. *William G. Sumners, Jr.* for petitioners. *Arthur F. Lamey* for respondent.

No. 613. BERENSON ET AL. *v.* MUCHARD. C. A. 5th Cir. Certiorari denied. *Thomas Gibbs Gee* and *Robert J. Hearon, Jr.* for petitioners. *Coleman Gay* for respondent.

No. 619. TRI-PHARMACY, INC., ET AL. *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Carl J. Batter, Carl J. Batter, Jr.* and *Karl G. Sorg* for petitioners.

No. 620. LAING *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Alex N. Apostolou* for petitioner.

No. 623. RICKENBACKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *C. Dickerman Williams* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 624. SEARS, ROEBUCK & Co. *v.* GUGEL. C. A. 6th Cir. Certiorari denied. *Burton Y. Weitzenfeld* for petitioner. *Nuel N. Donley* for respondent.

No. 626. FRENCH ET AL. *v.* TOWN OF CLINTWOOD EX REL. JOHNSON. Supreme Court of Appeals of Virginia. Certiorari denied. *S. H. Sutherland* for petitioners.